UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                                                            :
SIDNEY GORDON,                                                  :
                                                                            :
                                    Plaintiffs,                     :
            - v. -                                                      :   11-cv-9665 (JSR)
                                                                            :
SONAR CAPITAL MANAGEMENT LLC,              :
NOAH FREEMAN, NEIL DRUKER, PRIMARY    :
GLOBAL RESEARCH, LLC, THE JOHN DOE       :
HEDGE FUND(S), and JOHN AND JANE DOES 1  :
THROUGH 100,                                                      :
                                                                            :
                                    Defendants.                  :
_____:

## NOTICE OF NOAH FREEMAN'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint, filed April 24, 2012, in the above-captioned action, the accompanying Memorandum of Law of Defendant Noah Freeman In Support of His Motion to Dismiss the Amended Class Action Complaint, dated May 15, 2012, and all prior papers and proceedings herein, defendant Noah Freeman ("Freeman"), by and through his undersigned counsel, will move this Court pursuant to Rule 12(b) of the Federal Rules of Civil Procedure before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, New York, New York, on June 19, 2012, at 4:30 pm, or as soon thereafter as counsel may be heard for an Order dismissing the Amended Class Action Complaint with prejudice and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE THAT opposition papers shall be served and filed on or before June 5, 2012; reply papers shall be served and filed on or before June 12, 2012; and oral argument shall be held on June 19, 2012 at 4:30 p.m.

1

Dated: New York, New York
       May 15, 2012

                                                      DECHERT LLP

                                        By:  /s/ Benjamin E. Rosenberg
                                                  Benjamin E. Rosenberg
                                                  benjamin.rosenberg@dechert.com
                                                  David S. Hoffner
                                                  david.hoffner@dechert.com
                                                  Jason O. Billy
                                                  jason.billy@dechert.com
                                                  1095 Avenue of the Americas
                                                  New York, NY 10036
                                                  Tel:  (212) 698-3500
                                                  Fax:  (212) 698-3599
                                                  *Attorneys for Defendant*
                                                   *Noah Freeman*

## CERTIFICATE OF SERVICE

I hereby certify that I served the Notice of Noah Freeman's Motion To Dismiss the Amended Class Action Complaint by first class mail on this 15th day of May, 2012, to:

| | |
|---|---|
| Edward F. Haber, Esq.<br>Michelle H. Blauner, Esq.<br>Charles E. Tompkins, Esq.<br>Ian J. McLoughlin, Esq.<br>Shapiro, Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>*Attorneys for Plaintiff Sidney Gordon*<br>(also served by e-mail) | David A.P. Brower, Esq.<br>Brian C. Kerr, Esq.<br>Brower Piven<br>488 Madison Avenue<br>New York, NY 10022<br>*Attorneys for Plaintiff Jeffrey Tauber*<br>(also served by e-mail) |
| Mark Joseph Hyland, Esq.<br>Julia Claire Spivak, Esq.<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Attorneys for Defendants Sonar Capital Management LLC and Neil Druker*<br>(also served by e-mail) | Primary Global Research, LLC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>*Defendant* |

/s/ Jason O. Billy
Jason O. Billy
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599 (Facsimile)
jason.billy@dechert.com
*Attorneys for Defendant Noah Freeman*

14447267