UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON,<br><br>                              Plaintiff,<br><br>         v.<br><br>SONAR CAPITAL MANAGEMENT LLC,<br>NOAH FREEMAN, NEIL DRUKER,<br>PRIMARY GLOBAL RESEARCH, LLC, THE<br>JOHN DOE HEDGE FUND(S), and JOHN AND<br>JANE DOES 1 THROUGH 100,<br><br>                              Defendants. | 11-cv-09665 (JSR)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the annexed Affidavit of Mark J. Hyland sworn to May 15, 2012 and the exhibits thereto, and upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, defendants Sonar Capital Management LLC and Neil Druker shall move this Court, before the Honorable Jed S. Rakoff, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on June 19, 2012 at 4:30 p.m. or as soon thereafter as counsel may be heard, for the entry of an order dismissing the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice and for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Case Management Plan filed on April 16, 2012, opposition papers, if any, shall be served on June 5, 2012, and reply papers, if any, shall be served on June 12, 2012 and oral argument shall be held on June 19, 2012 at 4:30 pm.

Dated: May 15, 2012
      New York, New York

Respectfully submitted,

SEWARD & KISSEL LLP

By: ___s/ Mark J. Hyland_____
      Mark J. Hyland
      Julia C. Spivack
      Michael W. Broz

One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Defendants Sonar Management LLC and Neil Druker*

To:    Edward F. Haber, Esq.
       Shapiro Haber & Urmey LLP
       53 State Street
       Boston, MA 02109
       (617) 439-3939

       *Attorneys for Plaintiff Sidney Gordon*

       David A.P. Brower, Esq.
       Brower Piven, P.C.
       488 Madison Avenue, 8th Floor
       New York, New York 10022
       (212) 501-9000

       *Attorneys for Plaintiff Jeffrey Tauber*

       Benjamin R. Rosenberg, Esq.
       Dechert LLP
       1095 Avenue of the Americas
       New York, New York 10036
       (212) 698-3500

       *Attorneys for Defendant Noah Freeman*