UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |  |
|---|---|---|
| SIDNEY GORDON, | : | |
| Plaintiffs, | : | |
| - v. - | : | 11-cv-9665 (JSR) |
| SONAR CAPITAL MANAGEMENT LLC, NOAH FREEMAN, NEIL DRUKER, PRIMARY GLOBAL RESEARCH, LLC, THE JOHN DOE HEDGE FUND(S), and JOHN AND JANE DOES 1 THROUGH 100, | : | |
| Defendants. | : | |

_____:

### AFFIRMATION OF SERVICE

Jason O. Billy, an attorney duly admitted to practice law in the State of New York and before the United States District Court for the Southern District of New York, affirms the following under penalties of perjury:

1. I am associated with the firm of Dechert LLP, counsel of record for defendant Noah Freeman. I am familiar with the matters referenced herein. This affirmation is based on my personal knowledge.

2. On June 12, 2012, I served the Reply Memorandum of Law of Defendant Noah Freeman in Further Support of His Motion to Dismiss the Amended Class Action Complaint upon counsel of record for parties in the above-captioned action by e-mail and by filing the aforementioned document on the Public Access to Court Electronic Records ("PACER") system.

3. On June 12, 2012, I provided additional service of the aforementioned document upon all parties via first class mail addressed to the following:

| | |
|---|---|
| Edward F. Haber, Esq.<br>Michelle H. Blauner, Esq.<br>Charles E. Tompkins, Esq.<br>Ian J. McLoughlin, Esq.<br>Shapiro, Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>*Attorneys for Plaintiff Sidney Gordon* | David A.P. Brower, Esq.<br>Brian C. Kerr, Esq.<br>Brower Piven<br>488 Madison Avenue<br>New York, NY 10022<br>*Attorneys for Plaintiff Jeffrey Tauber* |
| Mark Joseph Hyland, Esq.<br>Julia Claire Spivak, Esq.<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Attorneys for Defendants Sonar Capital Management LLC and Neil Druker* | Primary Global Research, LLC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br>*Defendant* |

June 12, 2012

By: /s/ Jason O. Billy
Jason O. Billy
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599 (Facsimile)
jason.billy@dechert.com
*Attorneys for Defendant Noah Freeman*