UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
SIDNEY GORDON,                              :
                                            :
            Plaintiff                       :     11-cv-09665 (JSR)
                                            :
      v.                                    :
                                            :
SONAR CAPITAL MANAGEMENT LLC,               :
NOAH FREEMAN, NEIL DRUKER,                  :
PRIMARY GLOBAL RESEARCH, LLC,               :
THE JOHN DOE HEDGE FUND(S) and              :
JOHN AND JANE DOES 1 THROUGH 100            :
                                            :
            Defendants                      :
-----------------------------------------------------------X
```

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following address change for David A.P. Brower, Brian C. Kerr and Brower Piven, A Professional Corporation, effective immediately.

> David A.P. Brower
> Brian C. Kerr
> Brower Piven
>    A Professional Corporation
> 475 Park Avenue South
> 33rd Floor
> New York, New York 10016

The firm's telephone number (212-501-9000) and facsimile number (212-501-0300) remain unchanged.

DATED: January 16, 2013  Respectfully submitted,

**BROWER PIVEN**
  **A Professional Corporation**


  */s/ Brian C. Kerr*
David A.P. Brower
Brian C. Kerr
475 Park Avenue South
33rd Floor
New York, New York 10016
T: 212-501-9000
F: 212-501-0300

*Co-Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of January, 2013, I caused true and correct copies of the foregoing Notice Of Change Of Address to be served upon all counsel of record via the Court's Electronic Case Filing (ECF) system.

                                                                               */s/ Brian C. Kerr*
                                                                               Brian C. Kerr