UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>    Defendants. | DOCKET NO. 1:11-CV-09665 (JSR) |

### NOTICE OF MOTION FOR: (1) PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT; (2) CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT; (3) APPROVAL OF NOTICE TO THE CLASS; AND (4) SCHEDULING OF A FINAL APPROVAL HEARING

**PLEASE TAKE NOTICE** that Plaintiffs Sidney Gordon and Jeffrey Tauber ("Plaintiffs") respectfully move this Court pursuant to FED. R. CIV. P. 23 for an order: (i) preliminarily approving the proposed partial settlement ("Settlement"); (ii) certifying the proposed settlement class for purposes of the Settlement ("Settlement Class"); (iii) approving the form and manner of giving notice of the Settlement to the Settlement Class; and (iv) scheduling a hearing for final approval of the Settlement, the Plan of Allocation, and Plaintiffs' Counsel's motion for an award of attorneys' fees and litigation expenses.

Any opposition papers shall be filed by February 1, 2013. The Motion shall be heard on February 6, 2013 at 4:00 p.m. by the Honorable Jed S. Rakoff. The Motion is based upon the accompanying Memorandum of Law in support thereof, the accompanying Declaration of Brian C. Kerr and the exhibits thereto, and other such matters and arguments as the Court may consider during the hearing of this Motion.

Dated: January 18, 2013

SHAPIRO HABER & URMY LLP
Edward F. Haber
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

BROWER PIVEN
 A PROFESSIONAL CORPORATION

By  */s/ Brian C. Kerr*
David A.P. Brower
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel.:  (212) 501-9000

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brian C. Kerr, hereby certify that on January 18, 2013, I caused this Notice Of Motion For: (1) Preliminary Approval Of Partial Settlement; (2) Certification Of The Class For Purposes Of Settlement; (3) Approval Of Notice To The Class; And (4) Scheduling Of A Final Approval Hearing to be served on:

***VIA ELECTRONIC MAIL***

David S. Hoffner
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: 212-698-3500

*Counsel for Defendant Noah Freeman*

Mark Joseph Hyland
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-574-1541

*Counsel for Defendants Neil Druker and Sonar Capital Management LLC*

/s/ Brian C. Kerr
Brian C. Kerr