UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>    Plaintiffs,<br><br>        v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>    Defendants. | DOCKET NO. 1:11-CV-09665 (JSR) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

In accordance with Local Civil Rule 1.4, Plaintiff Sidney Gordon hereby respectfully requests this Court to allow the withdrawal of the appearance of Charles E. Tompkins, who is no longer associated with the law firm of Shapiro Haber & Urmy LLP. The remaining attorneys of record from the law firm of Shapiro Haber & Urmy LLP shall be counsel of record for Plaintiff.

Dated: January 30, 2013

Respectfully submitted,

**/s/ Edward F. Haber**
Edward F. Haber (*pro hac vice*)
Michelle H. Blauner (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
Email: ehaber@shulaw.com
mblauner@shulaw.com

## CERTIFICATE OF SERVICE

I certify that this document, filed through the ECF system, will be sent electronically to the registered participants on the date of its filing with the Court.

/s/ Edward F. Haber_____
Edward F. Haber