UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON,

Plaintiff,

v.

SONAR CAPITAL MANAGEMENT LLC,
NOAH FREEMAN, NEIL DRUKER,
PRIMARY GLOBAL RESEARCH, LLC, THE
JOHN DOE HEDGE FUND(S), and JOHN AND
JANE DOES 1 THROUGH 100,

Defendants.

11-cv-09665 (JSR)

**AFFIDAVIT OF MARK J. HYLAND**

STATE OF NEW YORK    )

                      :    ss.

COUNTY OF NEW YORK  )

Mark J. Hyland, being duly sworn, deposes and says:

1.  I am a member of Seward & Kissel, LLP, counsel for Defendants Sonar Capital Management, LLC ("Sonar") and Neil Druker ("Druker").  I submit this affidavit in opposition to Plaintiffs' Motion For Preliminary Approval of Proposed Partial Class Action Settlement (the "Motion for Preliminary Approval").

2.  A true and correct copy of an email, dated January 2, 2013, from Edward Haber, Esq., of Shapiro Haber & Urmy, LLP and Brian Kerr, Esq., of Brower Piven, P.C., regarding Plaintiffs' proposed settlement with defendant Noah Freeman and their Motion for Preliminary Approval, is attached as Exhibit A hereto.

3.  A true and correct copy of the transcript of a hearing before this Court on March 29, 2012 (Docket No. 37), regarding Gordon and Tauber's Amended Motion to be Appointed Co-Lead Plaintiffs, is attached as Exhibit B hereto.

4.      A true and correct copy of the Order of this Court granting Gordon and Tauber's Amended Motion to be Appointed Co-Lead Plaintiffs, dated April 5, 2012, is attached as Exhibit C hereto.

5.      A true and correct copy of the transcript of oral argument before this court on Defendants' Motion to Dismiss the Amended Complaint, held on June 19, 2012 (Docket No. 52), is attached as Exhibit D hereto.

_____
Mark J. Hyland

Sworn to before me
February 1, 2013

_____
Notary Public

SK 22189 0004 1353658 v3

MICHAEL WARREN BROZ
Notary Public, State of New York
No. 02BR6218349
Qualified in New York County
Commission Expires 03/01/2014

2