## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I caused to be served upon counsel of record listed below by e-mail, Fedex, and by electronic filing on the PACER system true and correct copies of: (1) Sonar's and Druker's Memorandum of Law in Opposition to Plaintiffs' Motion for Preliminary Approval of Proposed Partial Class Action Settlement; and (2) Affidavit of Mark J. Hyland in Opposition to Plaintiffs' Motion for Preliminary Approval of Proposed Partial Class Settlement, and exhibits thereto:

| | |
|---|---|
| Edward F. Haber, Esq.<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 439-3939 | Benjamin R. Rosenberg, Esq.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, New York 10036<br>(212) 698-3500 |
| *Attorneys for Plaintiff Sidney Gordon* | *Attorneys for Defendant Noah Freeman* |
| David A.P. Brower, Esq.<br>Brower Piven, P.C.<br>488 Madison Avenue, 8th Floor<br>New York, New York 10022<br>(212) 501-9000 | |
| *Attorneys for Plaintiff Jeffrey Tauber* | |

                                                s/ Julia C. Spivack
                                                     Julia C. Spivack

                                            Seward & Kissel LLP
                                            One Battery Park Plaza
                                            New York, New York 10004
                                            (212) 574-1200
                                            spivack@sewkis.com

                                            *Attorneys for Defendants Sonar Capital*
                                            *Management, LLC and Neil Druker*