```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SIDNEY GORDON,                          :
                                        :
     Plaintiff,                         :
                                        :
                                        :    11 Civ. 9665 (JSR)
          -v-                           :
                                        :        ORDER
SONAR CAPITAL MANAGEMENT LLC, NOAH      :
FREEMAN, NEIL DRUKER, PRIMARY GLOBAL,   :
RESEARCH, LLC, THE JOHN DOE HEDGE       :
FUND(S), and JOHN AND JANE DOES 1       :
THROUGH 100,                            :
                                        :
     Defendants.                        :
----------------------------------------x
```



JED S. RAKOFF, U.S.D.J.

    On December 29, 2011, plaintiff Sidney Gordon filed this putative class-action suit alleging violations of the federal securities laws, as well as related state law claims for unjust enrichment and the avoidance of fraudulent transfers. After having been appointed co-lead representatives of the proposed plaintiff class, Gordon and co-plaintiff Jeffrey Tauber filed an Amended Class Action Complaint on April 24, 2012. On May 15, 2012, defendants Sonar Capital Management LLC, Neil Druker, and Noah Freeman filed motions to dismiss the Amended Class Action Complaint. The Court heard oral argument on these motions on June 19, 2012.

    After carefully considering the parties' written submissions and oral argument, the Court hereby grants defendants' motion to dismiss without prejudice.  An opinion explaining the reasons for

this ruling will issue in due course. The Clerk of the Court is directed to close items number 40 and 42 on the docket of this case.

SO ORDERED.

Dated: New York, NY
February 7, 2013

JED S. RAKOFF, U.S.D.J.