UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>          Plaintiffs,<br><br>          v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>          Defendants. | DOCKET NO. 1:11-CV-09665 (JSR) |

**NOTICE OF PLAINTIFFS' MOTION FOR: (1) FINAL APPROVAL OF CLASS NOTICE AND FINAL CERTIFICATION OF THE CLASS FOR PURPOSES OF SETTLEMENT; (2) FINAL APPROVAL OF THE PROPOSED SETTLEMENT; (3) FINAL APPROVAL OF THE PROPOSED PLAN OF ALLOCATION; AND (4) REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Sidney Gordon and Jeffrey Tauber ("Plaintiffs") respectfully move this Court pursuant to FED. R. CIV. P. 23(e), 23(h), 54(d)(2), and 15 U.S.C. §78u-4(a)(6) for: (1) final approval of the Class Notice and final certification of the Class for purposes of Settlement; (2) final approval of the proposed Settlement; (3) final approval of the proposed Plan of Allocation of the Settlement proceeds; and (4) reimbursement of litigation expenses.

The Motion is based upon the accompanying Plaintiffs' Memorandum Of Law In Support Of Motion For: (1) Final Approval of Class Notice and Final Certification Of The Class For Purposes Of Settlement; (2) Final Approval Of Proposed Partial Settlement; (3) Approval Of The Proposed Plan Of Allocation; And (4) Reimbursement Of Litigation Expenses, the accompanying Declaration Of Brian C. Kerr In Support Of Plaintiffs' Motion For: (1) Final

Approval of Class Notice and Final Certification Of The Class For Purposes Of Settlement; (2) Final Approval Of Proposed Partial Settlement; (3) Approval Of The Proposed Plan Of Allocation; And (4) Reimbursement Of Litigation Expenses and the exhibits thereto, and other such matters and arguments as the Court may consider during the hearing of this Motion.

Dated: April 8, 2013

        BROWER PIVEN
        A PROFESSIONAL CORPORATION

By: _____
David A.P. Brower
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Tel.: (212) 501-9000

SHAPIRO HABER & URMY LLP
Edward F. Haber
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Brian C. Kerr, hereby certify that on April 8, 2013, I caused this Notice Of Plaintiffs' Motion For: (1) Final Approval Of Class Notice And Final Certification Of The Class For Purposes Of Settlement; (2) Final Approval Of The Proposed Settlement; (3) Final Approval Of The Proposed Plan Of Allocation; And (4) Reimbursement Of Litigation Expenses to be served on:

### *VIA ELECTRONIC MAIL*

Benjamin E. Rosenberg
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
Tel: 212-698-3500

David S. Hoffner
Hoffner PLLC
325 Broadway, Suite 505
New York, NY 10007
Tel: 212-941-8137

*Counsel for Defendant Noah Freeman*

Mark Joseph Hyland
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Tel: 212-574-1541

*Counsel for Defendants Neil Druker and Sonar Capital Management LLC*

                                                      /s/ *Brian C. Kerr*
                                                        Brian C. Kerr