```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
  Sidney Gordon              ,          :
                                        :
                  Plaintiff,            :        11   Civ. 9665  (JSR)
                                        :
          -v-                           :             ORDER
                                        :
  Sonar Capital Management   ,          :
                                        :
                  Defendant.            :
-------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

        Judge Rakoff has determined that this case is not appropriate

for inclusion in the Pilot Project Regarding Case Management

Techniques for Complex Cases in the Southern District of New York,

and, accordingly, the parties should instead proceed in accordance

with Judge Rakoff's individual rules and orders.

        SO ORDERED.

                              _____
                                  JED S. RAKOFF /s/
                                  JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June  19, 2013