UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER, <br><br> Plaintiffs, <br><br> v. <br><br> SONAR CAPITAL MANAGEMENT LLC; NOAH FREEMAN; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; and JOHN AND JANE DOES 1 THROUGH 100, <br><br> Defendants. | 11-cv-09665 (JSR) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Mark J. Hyland sworn to August 30, 2013 and the exhibits thereto, and upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, defendants Sonar Capital Management LLC and Neil Druker shall move this Court, before the Honorable Jed S. Rakoff, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on September 26, 2013 at 4:00 p.m. or as soon thereafter as counsel may be heard, for the entry of an order dismissing the Second Amended Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, shall be served on September 13, 2013, and reply papers, if any, shall be served on September 20, 2013.

New York, New York
August 30, 2013

Respectfully submitted,

SEWARD & KISSEL LLP


By: _____s/ Mark J. Hyland_____
        Mark J. Hyland
        Julia C. Spivack
        Michael W. Broz

One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Defendants Sonar Capital Management LLC and Neil Druker*


To:    Edward F. Haber, Esq.
       Shapiro Haber & Urmey LLP
       53 State Street
       Boston, MA 02109
       (617) 439-3939

*Attorneys for Plaintiff Sidney Gordon*

       David A.P. Brower, Esq.
       Brower Piven, P.C.
       488 Madison Avenue, 8th Floor
       New York, NY 10022
       (212) 501-9000

*Attorneys for Plaintiff Jeffrey Tauber*

SK 22189 0004 1410386