## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2013, I caused to be served a true and correct copy of the Notice of Motion, Defendants Sonar Capital Management LLC's and Neil Druker's Motion to Dismiss the Second Amended Class Action Complaint and the Affidavit of Mark J. Hyland upon counsel of record by electronic filing on the PACER system, and by Fedex to counsel for Plaintiffs listed below:

> Edward F. Haber, Esq.
> Shapiro Haber & Urmey LLP
> 53 State Street
> Boston, MA 02109
> (617) 439-3939

*Attorneys for Plaintiff Sidney Gordon*

> David A.P. Brower, Esq.
> Brower Piven, P.C.
> 488 Madison Avenue, 8th Floor
> New York, New York 10022
> (212) 501-9000

*Attorneys for Plaintiff Jeffrey Tauber*

_____
Julia C. Spivack

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
spivack@sewkis.com

*Attorneys for Defendants Sonar Capital Management, LLC and Neil Druker*