## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I caused to be served a true and correct copy of Defendants Sonar Capital Management LLC's and Neil Druker's Reply Memorandum of Law in Further Support of their Motion to Dismiss the Second Amended Class Action Complaint upon counsel of record by electronic filing on the PACER system, and by Fedex and electronic mail on counsel for Plaintiffs listed below:

> Edward F. Haber, Esq.
> Shapiro Haber & Urmy LLP
> 53 State Street
> Boston, MA 02109
> (617) 439-3939
> EHABER@shulaw.com

*Attorneys for Plaintiff Sidney Gordon*

> David A.P. Brower, Esq.
> Brower Piven, P.C.
> 475 Park Avenue South, 33rd Floor
> New York, New York 10016
> (212) 501-9000
> brower@browerpiven.com

*Attorneys for Plaintiff Jeffrey Tauber*

_____
Michael W. Broz

Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
broz@sewkis.com

*Attorneys for Defendants Sonar Capital Management, LLC and Neil Druker*