UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,
    Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC;
NOAH FREEMAN; NEIL DRUKER;
PRIMARY GLOBAL RESEARCH, LLC;
SONAR PARTNERS, LP; SONAR
INSTITUTIONAL FUND, LP; SONAR
OVERSEAS FUND, LTD.; and JOHN
AND JANE DOES 1 THROUGH 100,
    Defendants.



Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED

## JOINT STIPULATION REGARDING WAIVER OF OBJECTIONS TO THE MANNER OF SERVICE OF PROCESS UPON DEFENDANTS SONAR PARTNERS, LP, SONAR INSTITUTIONAL FUND, LP, AND SONAR OVERSEAS FUND, LTD.

It is hereby stipulated and agreed by and between counsel for the undersigned parties that defendants Sonar Partners, LP; Sonar Institutional Fund, LP; and Sonar Overseas Fund, Ltd. (the "Sonar Hedge Fund Defendants") shall not contest the manner of service of process of the Second Amended Class Action Complaint, but otherwise reserve all defenses, including but not limited to the defense that the Court lacks personal jurisdiction over the Sonar Hedge Fund Defendants.

It is further stipulated and agreed that the Sonar Hedge Fund Defendants shall have thirty days from the date this Stipulation is So Ordered by the Court to answer or otherwise respond to the Second Amended Class Action Complaint.

Dated: September 25, 2013

Respectfully submitted,

*[signature]*

Edward F. Haber, *pro hac vice*
Patrick J. Vallely, *pro hac vice*
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

David A.P. Brower
Brian C. Kerr
BROWER PIVEN
 Professional Corporation
488 Madison Avenue, Eighth Floor
New York, NY 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
kerr@browerpiven.com

*Counsel to Co-Lead Plaintiffs Sidney Gordon
and Jeffrey Tauber*

*[signature]*

Mark J. Hyland
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Washington, DC 20004
Tel: (212) 574-1200
hyland@sewkis.com

*Counsel to defendants Sonar Partners, LP;
Sonar Institutional Fund, LP; and Sonar
Overseas Fund, Ltd.*

SO ORDERED:

*[signature]*   10/7/13

Jed S. Rakoff   dated
United States District Judge