

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,

    Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC; NOAH FREEMAN; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; and JOHN AND JANE DOES 1 THROUGH 100.

    Defendants.

Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED

## JOINT STIPULATION EXTENDING TIME TO ANSWER

The Court having denied Defendants Sonar Capital Management LLC's and Neil Druker's motion to dismiss the Second Amended Class Action Complaint by "bottom line" Order dated October 31, 2013, with an opinion explaining the reasons for the Court's ruling to follow;

Plaintiffs Sidney Gordon and Jeffrey Tauber, and defendants Sonar Capital Management LLC, Neil Druker, Sonar Partners, LP, Sonar Institutional Fund, LP, and Sonar Overseas Fund, Ltd. (the "Sonar Defendants") hereby stipulate and agree that all Sonar Defendants shall serve and file their answer to the Second Amended Class Action Complaint on or before December 11, 2013.

November 21, 2013
New York, New York

Respectfully submitted,

/s/ Edward F. Haber

Edward F. Haber, *pro hac vice*
Patrick J. Vallely, *pro hac vice*
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com

David A.P. Brower
Brian C. Kerr
BROWER PIVEN
 Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
kerr@browerpiven.com

*Counsel to Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber*

/s/ Mark J. Hyland

Mark J. Hyland
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Washington, DC 20004
Tel: (212) 574-1200
hyland@sewkis.com

*Counsel to defendants Sonar Capital Management LLC, Neil Druker, Sonar Partners, LP; Sonar Institutional Fund, LP; and Sonar Overseas Fund, Ltd.*

SO ORDERED:

/s/ Jed S. Rakoff          11/20/13
Jed S. Rakoff              dated
United States District Judge

2