UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and
JEFFREY TAUBER,          Plaintiff.

-against-

SONAR CAPITAL MANAGEMENT LCC,
et al.                    Defendant.

11  cv  9665  (JSR   )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _____Patrick J. Vallely_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

_____Massachusetts_____; and that his/her contact information is as follows

(please print):

Applicant's Name: ___Patrick J. Vallely_____

Firm Name: ____Shapiro Haber & Urmy LLP____

Address: ____53 State Street____

City / State / Zip: ___Boston, MA 02109____

Telephone / Fax: ___617-439-3939 / Fax: 617-439-0134____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

_Sidney Gordon and Jeffrey Tauber, Plaintiffs_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated: _6/27/14_____

_____
United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SIDNEY GORDON and
JEFFREY TAUBER,                    Plaintiffs,

        -against-

SONAR CAPITAL MANAGEMENT LCC,
et al.                            Defendants.

<u>11</u>  cv <u>9665</u>      ( JSR   )

**MOTION FOR ADMISSION**
**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I   <u>Patrick J. Vallely</u>                          , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

<u>Sidney Gordon and Jeffrey Tauber, Plaintiffs</u>          in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

<u>Massachusetts</u>                          and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:   June 18, 2014                    Respectfully Submitted,

/s/ Patrick J. Vallely

Applicant Signature

Applicant's Name: Patrick J. Vallely

Firm Name:      Shapiro Haber & Urmy LLP

Address:        53 State Street

City / State / Zip:   Boston, MA 02109

Telephone / Fax:    617-439-3939 / Fax: 617-439-0134

E-Mail:      PVallely@shulaw.com

# UNITED STATES DISTRICT COURT

## District of Massachusetts

**CERTIFICATE OF**
**GOOD STANDING**

*I, Robert M. Farrell, Clerk of this Court, certify that* **Patrick J. Vallely**, *Bar* **663866**, *was duly admitted to practice in this Court on* **April 27, 2006**, *and is in good standing as a member of the Bar of this Court.*

*Dated at Boston, Massachusetts on* **June 05, 2014**

**Robert M. Farrell**
*CLERK*

*DEPUTY CLERK*