UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

SIDNEY GORDON                                                Case No. 1:11-CV-09665 (JSR)
Plaintiff,              Plaintiff,

       -against-

SONAR CAPITAL MANAGEMENT
LLC, NOAH FREEMAN, et als.        Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Patrick J. Vallely
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is  663866_____

I am,

[ ]   An attorney
[ ]   A Government Agency attorney
[✓]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:        FIRM NAME: Shapiro Haber & Urmy LLP
                 FIRM ADDRESS: 53 State Street, Boston, MA 02109
                 FIRM TELEPHONE NUMBER: 617-439-3939
                 FIRM FAX NUMBER: 617-439-0134

NEW FIRM:        FIRM NAME: Shapiro Haber & Urmy LLP
                 FIRM ADDRESS: Seaport East, Two Seaport Lane, Boston, MA 02210
                 FIRM TELEPHONE NUMBER: 617-439-3939
                 FIRM FAX NUMBER: 617-439-0134

[✓]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 15, 2014                              Patrick J. Vallely
                                                  ATTORNEY'S SIGNATURE