UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

SIDNEY GORDON                             Case No. 1:11-CV-09665 (JSR)
 Plaintiff,              Plaintiff,

         -against-

SONAR CAPITAL MANAGEMENT
LLC, NOAH FREEMAN, et als.     Defendant.
-----------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michelle M. Blauner
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is  549049_____

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Shapiro Haber & Urmy LLP
             FIRM ADDRESS:  53 State Street, Boston, MA 02109
             FIRM TELEPHONE NUMBER:  617-439-3939
             FIRM FAX NUMBER:  617-439-0134

NEW FIRM:    FIRM NAME:  Shapiro Haber & Urmy LLP
             FIRM ADDRESS:  Seaport East, Two Seaport Lane, Boston, MA 02210
             FIRM TELEPHONE NUMBER:  617-439-3939
             FIRM FAX NUMBER:  617-439-0134

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 15, 2014                    /s/ Michelle M. Blauner_____
                                        _____
                                        ATTORNEY'S SIGNATURE