UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>    Plaintiffs,<br><br>       v.<br><br>SONAR CAPITAL MANAGEMENT LLC; NOAH FREEMAN; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; and JOHN AND JANE DOES 1 THROUGH 100.<br><br>    Defendants. | Case No. 11-CV-9665 (JSR) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Plaintiffs Sidney Gordon and Jeffrey Tauber and requests that service of all papers herein be made upon the undersigned at the address set forth below.

I certify that I am admitted to practice in this court.

Dated:  December 23, 2014             Respectfully submitted,

                                                                               **BROWER PIVEN**
                                                                                A Professional Corporation


                                                                                */s/ Richard H. Weiss*
                                                                                 Richard H. Weiss

                                                                                 475 Park Avenue South, 33rd Floor
                                                                                  New York, NY 10016
                                                                                  Telephone: 1-212-501-9000
                                                                                  Facsimile:  1-212-501-0300

Email: weiss@browerpiven.com

*Co-Lead Counsel for Plaintiffs*