AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Gordon et al. <br><br> *Plaintiff(s)* <br> v. <br> Sonar Capital Management LLC et al. <br><br> *Defendant(s)* | Civil Action No. 11-cv-9665 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

　　　　　　See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　Brian C. Kerr
　　Brower Piven, A Professional Corporation
　　475 Park Avenue South
　　33rd Floor
　　New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

| Defendant | Service Address |
|---|---|
| Aurora Hedged Equity LP | c/o Scott Mantpas, General Counsel & CFO<br>Aurora Investment Management LLC<br>300 North LaSalle Street, 52nd Floor<br>Chicago, IL 60654 |
| Aurora Hedged Equity Offshore Fund, Ltd. | c/o Scott Mantpas, General Counsel & CFO<br>Aurora Investment Management LLC<br>300 North LaSalle Street, 52nd Floor<br>Chicago, IL 60654 |
| Aurora Limited Partnership | c/o Scott Mantpas, General Counsel & CFO<br>Aurora Investment Management LLC<br>300 North LaSalle Street, 52nd Floor<br>Chicago, IL 60654 |
| Aurora Offshore Fund Ltd. II | c/o Scott Mantpas, General Counsel & CFO<br>Aurora Investment Management LLC<br>300 North LaSalle Street, 52nd Floor<br>Chicago, IL 60654 |
| Barfield Nominees Limited A/C 18818 | c/o Scott Mantpas, General Counsel & CFO<br>Aurora Investment Management LLC<br>300 North LaSalle Street, 52nd Floor<br>Chicago, IL 60654 |
| Azimuth Diversified Fund, LLC | c/o Azimuth Investment Management, LLC<br>989 Avenue of the Americas<br>New York, NY 10018 |
| Azimuth Select Fund, LLC | c/o Azimuth Investment Management, LLC<br>989 Avenue of the Americas<br>New York, NY 10018 |
| Delos Fund, Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Delos Fund II, Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |

| Defendant | Service Address |
|---|---|
| FQR Alternatives II, LP | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| IFC (A) Trust | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Paros Fund Trust | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Q-BLK Alpha Engine, Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Q-BLK Equity Edge Portfolio, LP | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Q-BLK Equity Edge Portfolio, Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| QIP Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| QPA Ltd. | c/o Blackrock Financial Management Inc.<br>55 East 52nd Street<br>New York, NY 10022 |
| Dorel, LLC | Dorel, LLC<br>225 West 83rd Street #18-M<br>New York, NY 10024 |
| Joanne Mackinnon | Joanne Mackinnon<br>145 Highland Street<br>West Newton, MA 02465 |

| Defendant | Service Address |
|---|---|
| The Orrington Fund, LP | c/o Evanston Capital Management, LLC<br>1560 Sherman Avenue<br>Suite 1255<br>Evanston, IL 60201 |
| The Orrington Fund, Ltd. | c/o Evanston Capital Management, LLC<br>1560 Sherman Avenue<br>Suite 1255<br>Evanston, IL 60201 |
| The Orrington Plus Master Fund, Ltd. | c/o Evanston Capital Management, LLC<br>1560 Sherman Avenue<br>Suite 1255<br>Evanston, IL 60201 |
| The Weatherlow Fund, LP | c/o Evanston Capital Management, LLC<br>1560 Sherman Avenue<br>Suite 1255<br>Evanston, IL 60201 |
| Chicago Patriot, LLC | c/o Grosvenor Capital Management, LLC<br>900 North Michigan Avenue<br>Suite 1100<br>Chicago, IL 60611 |
| IFC (E) Trust | c/o Grosvenor Capital Management, LLC<br>900 North Michigan Avenue<br>Suite 1100<br>Chicago, IL 60611 |
| Continental Casualty Company | Continental Casualty Company<br>333 S. Wabash Avenue, 23 South<br>Chicago, IL 60604 |
| Loews Corporation | Loews Corporation<br>667 Madison Avenue<br>New York, NY 10065-8087 |
| MWV Employee Retirement Plan Group Trust | c/o Morgens Waterfall<br>600 Fifth Ave<br>New York, NY 10020 |

| Defendant | Service Address |
|---|---|
| Robeco-Sage Capital International II, Ltd. | c/o Robeco Investment Management, Inc.<br>Boston Partners<br>909 Third Avenue<br>32nd Floor<br>New York, NY 10022 |
| Robeco-Sage Capital, LP | c/o Robeco Investment Management, Inc.<br>Boston Partners<br>909 Third Avenue<br>32nd Floor<br>New York, NY 10022 |
| Arden Sage Multi-Strategy Fund, LLC | c/o Arden Asset Management, LLC<br>Arden Asset Management LLC<br>375 Park Avenue, 32nd Floor<br>New York, NY 10152 |
| Arden Sage Triton Fund, LLC | c/o Arden Asset Management, LLC<br>Arden Asset Management LLC<br>375 Park Avenue, 32nd Floor<br>New York, NY 10152 |
| Robeco-Sage Unit Trust | c/o Robeco Investment Management<br>Boston Partners<br>909 Third Avenue<br>32nd Floor<br>New York, NY 10022 |
| David E. Semmel | David E Semmel<br>2980 North Lakewood Court<br>Bloomington, IN 47408 |
| Jocelyn Bowie | Jocelyn Bowie<br>2980 North Lakewood Court<br>Bloomington, IN 47408 |
| Leslie Semmel | Leslie Semmel<br>2136 N. Magnolia<br>Chicago, IL 60614 |

| Defendant | Service Address |
|---|---|
| Pangaea Partners LP | c/o David E Semmel<br>2980 North Lakewood Court<br>Bloomington, IN 47408 |
| Semmel Family Trust | c/o Melvyn Semmel<br>839 Willowglen Road<br>Santa Barbara, CA 93105 |
| Steinberg Family Investments, Ltd. | Steinberg Family Investments, Ltd.<br>2581 NW 59th Street<br>Boca Raton, FL 33496 |