

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,

                Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC, ET AL.

                Defendants.

Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED

## JOINT STIPULATION EXTENDING TIME TO ANSWER

WHEREAS, Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber served and filed their Third Amended Class Action Complaint on December 30, 2014.

IT IS HEREBY STIPULATED AND AGREED that Sonar Capital Management LLC, Neil Druker, Sonar Partners, LP, Sonar Institutional Fund, LP, and Sonar Overseas Fund, Ltd. (together, the "Sonar Defendants"), shall serve and file their answer to the Third Amended Class Action Complaint on or before January 27, 2015.

January 12th, 2015
New York, New York

Respectfully submitted,

*[signature]*

**SHAPIRO HABER & URMY LLP**
Edward F. Haber, *pro hac vice*
Patrick J. Vallely, *pro hac vice*
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

**BROWER PIVEN**
 **A Professional Corporation**
David A.P. Brower
Richard Weiss
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
weiss@browerpiven.com
kerr@browerpiven.com

*Counsel to Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber*

*[signature]*

**SEWARD & KISSEL LLP**
Mark J. Hyland
Julia C. Spivack
One Battery Park Plaza
New York, New York 10004
Washington, DC 20004
Tel: (212) 574-1200
hyland@sewkis.com
spivack@sewkis.com

*Counsel to Defendants Sonar Capital Management, LLC; Neil Druker, Sonar Partners, LP; Sonar Institutional Fund, LP; and Sonar Overseas Fund, Ltd.*

**SO ORDERED:**

*[signature]* 1/16/15
Jed S. Rakoff                    dated
United States District Judge