UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>    Plaintiffs,<br><br>        v.<br><br>SONAR CAPITAL MANAGEMENT LLC; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; Aurora Hedged Equity LP; Aurora Hedged Equity Offshore Fund, Ltd.; Aurora Limited Partnership; Aurora Offshore Fund LTD. II.; Azimuth Diversified Fund, LLC; AZIMUTH SELECT FUND, LLC; Barfield Nominees Limited A/C 18818; Chicago Patriot, LLC; Continental Casualty Company; David E. Semmel; Delos Fund, Ltd; Delos Fund II, Ltd.; Dorel, LLC; FQR Alternatives II, LP; Joanne Mackinnon; Jocelyn Bowie; IFC (A) Trust; IFC (E) Trust; Leslie Semmel; Loews Corporation; MWV Employee Retirement Plan Group Trust; The Orrington Fund, Ltd.; The Orrington Fund, LP; The Orrington Plus Master Fund, Ltd.; Pangaea Partners, LP; Paros Fund Trust; Q-BLK Alpha Engine, Ltd.; Q-BLK Equity Edge Portfolio, LP; Q-BLK Equity Edge Portfolio, Ltd.; QIP Ltd.; QPA Ltd.; Robeco-Sage Capital International II, Ltd.; Robeco-Sage Capital, LP; ARDEN Sage Multi-Strategy Fund, LLC; ARDEN Sage Triton Fund, LLC; Robeco-Sage Unit Trust; Semmel Family Trust; Steinberg Family Investments, Ltd.; The Weatherlow Fund, LP,<br><br>    Defendants. | Case No. 11-CV-9665 (JSR)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Sidney Gordon and Jeffrey Tauber ("Lead Plaintiffs") respectfully move this Court pursuant to FED. R. CIV. P. 23 for an order: (i) certifying the proposed Seller Class and Buyer Class (the "Classes"); (ii) appointing Lead Plaintiffs as representatives of the Classes; and (iii) appointing Brower Piven, A Professional Corporation, and Shapiro Haber & Urmy LLP as class counsel.

Any opposition papers shall be filed by February 13, 2015.  Any reply papers shall be filed by February 20, 2015.  The Motion shall be heard on March 3, 2015 at 3:00 PM by the Honorable Jed S. Rakoff.  The Motion is based upon the accompanying Memorandum of Law in support thereof, the accompanying Declaration of Brian C. Kerr and the exhibits thereto, and other such matters and arguments as the Court may consider during the hearing of this Motion.

Dated January 23, 2015                          Respectfully submitted,

                                                BROWER PIVEN
                                                  A Professional Corporation


                                                */s/ David A.P. Brower*
                                                David A.P. Brower
                                                Brian C. Kerr
                                                Richard H. Weiss
                                                475 Park Avenue South, 33rd Floor
                                                New York, NY 10016
                                                Telephone: (212) 501-9000
                                                Facsimile: (212) 501-0300
                                                brower@browerpiven.com
                                                kerr@browerpiven.com
                                                weiss@browerpiven.com


                                                SHAPIRO HABER & URMY LLP
                                                Edward F. Haber *(pro hac vice)*
                                                Patrick J. Vallely *(pro hac vice)*
                                                2 Seaport Lane

Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

*Co-Lead Counsel for the Classes*