# EXHIBIT A

## SIGMA DESIGNS, INC.  TRADING DATA FROM BLOOMBERG L.P.

**SELLER CLASS PERIOD**

| Date | Close | Volume | Weekly Volume |
|---|---|---|---|
| *07/09/2007[i]* | *$25.68* | *1,087,990* | |
| *07/10/2007* | *$26.20* | *932,271* | |
| *07/11/2007* | *$28.28* | *2,466,578* | |
| *07/12/2007* | *$28.52* | *1,132,956* | |
| 07/13/2007 | $30.85 | 2,863,534 | 8,483,329 |
| 07/16/2007 | $30.57 | 1,887,508 | |
| 07/17/2007 | $32.44 | 2,488,381 | |
| 07/18/2007 | $32.13 | 1,199,205 | |
| 07/19/2007 | $31.95 | 747,863 | |
| 07/20/2007 | $31.37 | 741,379 | 7,064,336 |
| 07/23/2007 | $31.16 | 677,933 | |
| 07/24/2007 | $30.32 | 1,180,214 | |
| 07/25/2007 | $31.02 | 858,021 | |
| 07/26/2007 | $30.27 | 1,140,227 | |
| 07/27/2007 | $31.19 | 1,532,362 | 5,388,757 |
| 07/30/2007 | $32.78 | 1,524,849 | |
| 07/31/2007 | $31.80 | 1,456,844 | |
| 08/01/2007 | $32.48 | 1,409,840 | |
| 08/02/2007 | $33.51 | 995,391 | |
| 08/03/2007 | $31.57 | 1,288,193 | 6,675,117 |
| 08/06/2007 | $31.23 | 1,524,543 | |
| 08/07/2007 | $32.19 | 1,180,196 | |
| 08/08/2007 | $34.30 | 2,007,641 | |
| 08/09/2007 | $34.83 | 1,803,749 | |
| *08/10/2007* | *$32.76* | *1,648,230* | 8,164,359 |
| *08/13/2007* | *$33.11* | *1,617,408* | |
| *08/14/2007* | *$32.04* | *1,080,595* | |
| 08/15/2007 | $30.89 | 977,280 | |
| 08/16/2007 | $31.56 | 1,512,637 | |
| 08/17/2007 | $32.45 | 705,524 | 5,893,444 |
| 08/20/2007 | $33.15 | 511,106 | |
| 08/21/2007 | $35.40 | 1,737,634 | |
| 08/22/2007 | $36.42 | 1,600,380 | |

| Date | Close | Volume | Weekly Volume |
|---|---|---|---|
| 08/23/2007 | $35.69 | 1,257,173 | |
| 08/24/2007 | $36.61 | 753,880 | 5,860,173 |
| 08/27/2007 | $36.91 | 572,437 | |
| 08/28/2007 | $37.25 | 2,423,685 | |
| 08/29/2007 | *$38.63* | *3,482,091* | |
| 08/30/2007 | *$42.70* | *10,573,843* | |
| 08/31/2007 | $42.31 | 1,935,887 | 18,987,943 |
| *09/04/2007* | *$43.72* | *1,480,366* | |
| *09/05/2007* | *$41.33* | *1,623,861* | |
| *09/06/2007* | *$41.39* | *797,352* | |
| *09/07/2007* | *$39.96* | *1,390,605* | 7,228,071 |
| *09/10/2007* | *$40.38* | *1,176,242* | |
| 09/11/2007 | $42.55 | 1,032,091 | |
| 09/12/2007 | $42.26 | 710,718 | |
| 09/13/2007 | $44.02 | 1,151,760 | |
| 09/14/2007 | $43.93 | 1,029,225 | 5,100,036 |
| 09/17/2007 | $46.25 | 1,357,029 | |
| 09/18/2007 | $49.53 | 2,917,866 | |
| 09/19/2007 | $48.98 | 1,976,083 | |
| 09/20/2007 | $52.18 | 2,081,734 | |
| 09/21/2007 | $51.02 | 2,396,623 | 10,729,335 |
| 09/24/2007 | $50.50 | 1,552,461 | |
| 09/25/2007 | $49.90 | 2,077,940 | |
| 09/26/2007 | $49.31 | 2,019,148 | |
| 09/27/2007 | $48.29 | 4,497,098 | |
| 09/28/2007 | $48.24 | 1,546,354 | 11,693,001 |
| 10/01/2007 | $49.29 | 1,814,039 | |
| 10/02/2007 | $49.39 | 744,024 | |
| 10/03/2007 | $49.29 | 900,732 | |
| 10/04/2007 | $52.24 | 1,702,201 | |
| 10/05/2007 | $53.53 | 1,234,412 | 6,395,408 |
| 10/08/2007 | $55.87 | 1,818,017 | |
| 10/09/2007 | $55.52 | 1,495,626 | |
| 10/10/2007 | $55.30 | 1,148,199 | |
| 10/11/2007 | $52.76 | 1,658,414 | |
| *10/12/2007* | *$53.83* | *799,149* | 6,919,405 |
| *10/15/2007* | *$54.18* | *720,068* | |
| *10/16/2007* | *$53.05* | *953,838* | |

| Date | Close | Volume | Weekly Volume |
|---|---|---|---|
| 10/17/2007 | $54.75 | 959,129 | |
| 10/18/2007 | $55.21 | 911,844 | |
| 10/19/2007 | $53.74 | 971,716 | 4,516,595 |
| 10/22/2007 | $54.78 | 1,002,764 | |
| 10/23/2007 | $56.94 | 1,133,360 | |
| 10/24/2007 | $55.11 | 1,216,629 | |
| 10/25/2007 | $54.74 | 851,544 | |
| 10/26/2007 | $56.16 | 944,397 | 5,148,694 |
| 10/29/2007 | $58.29 | 835,402 | |
| 10/30/2007 | $58.59 | 932,652 | |
| 10/31/2007 | $58.77 | 1,007,079 | |
| 11/01/2007 | $58.69 | 974,161 | |
| 11/02/2007 | $58.45 | 741,066 | 4,490,360 |
| 11/05/2007 | $58.37 | 849,438 | |
| 11/06/2007 | $60.16 | 754,137 | |
| 11/07/2007 | $57.95 | 902,241 | |
| *11/08/2007* | *$55.25* | *1,733,995* | |
| 11/09/2007 | $52.29 | 1,502,656 | 7,544,951 |
| 11/12/2007 | $54.76 | 1,802,484 | |
| 11/13/2007 | $56.83 | 1,170,727 | |
| 11/14/2007 | $57.94 | 1,104,777 | |
| 11/15/2007 | $56.12 | 986,502 | |
| 11/16/2007 | $56.51 | 782,464 | 5,846,954 |
| *11/19/2007* | *$49.89* | *2,474,172* | |
| 11/20/2007 | $51.88 | 1,947,105 | |
| 11/21/2007 | $49.78 | 1,992,373 | |
| 11/23/2007 | $52.67 | 473,157 | 6,886,807 |
| 11/26/2007 | $53.18 | 1,277,349 | |
| 11/27/2007 | $55.79 | 2,154,524 | |
| 11/28/2007 | $59.14 | 4,265,509 | |
| *11/29/2007* | *$65.43* | *11,091,586* | |
| *11/30/2007* | *$65.02* | *2,535,883* | 21,324,851 |
| **Average Daily Volume**[ii] | **Average Weekly Volume**[iii] | **Shares Outstanding as of August 31, 2007**[iv] | **Average Weekly Volume as a % of Shares Outstanding** |
| **1,405,785** | **8,155,693** | **24,398,318** | **33%** |

**BUYER CLASS PERIOD**

| Date | Close | Volume | Weekly Volume |
|---|---|---|---|
| *12/17/2007[i]* | *$62.71* | *1,853,665* | |
| *12/18/2007* | *$61.89* | *1,983,950* | |
| *12/19/2007* | *$63.77* | *1,197,377* | |
| 12/20/2007 | $63.29 | 1,153,909 | |
| 12/21/2007 | $60.43 | 2,526,214 | 8,715,115 |
| 12/24/2007 | $56.94 | 2,512,556 | |
| 12/26/2007 | $56.80 | 2,995,568 | |
| 12/27/2007 | $53.73 | 1,517,048 | |
| 12/28/2007 | $57.67 | 2,778,363 | 12,329,749 |
| 12/31/2007 | $55.20 | 2,472,070 | |
| 01/02/2008 | $53.98 | 2,245,109 | |
| 01/03/2008 | $55.18 | 1,934,742 | |
| 01/04/2008 | $50.55 | 4,092,657 | 13,522,941 |
| 01/07/2008 | $44.02 | 5,564,808 | |
| 01/08/2008 | $45.42 | 4,256,965 | |
| 01/09/2008 | $44.75 | 3,802,950 | |
| 01/10/2008 | $46.81 | 3,232,794 | |
| 01/11/2008 | $43.34 | 1,872,889 | 18,730,406 |
| 01/14/2008 | $44.64 | 1,993,978 | |
| 01/15/2008 | $41.12 | 2,234,381 | |
| *01/16/2008* | *$38.75* | *3,708,985* | |
| *01/17/2008* | *$35.48* | *2,515,514* | |
| *01/18/2008* | *$40.19* | *3,912,291* | *14,365,149* |
| *01/22/2008* | *$41.09* | *3,423,796* | |
| *01/23/2008* | *$41.87* | *2,750,074* | |
| *01/24/2008* | *$45.81* | *3,087,930* | |
| *01/25/2008* | *$45.83* | *3,570,470* | *16,744,561* |
| *01/28/2008* | *$46.35* | *1,510,873* | |
| *01/29/2008* | *$46.29* | *1,433,295* | |
| *01/30/2008* | *$43.27* | *3,656,589* | |
| 01/31/2008 | $45.22 | 2,223,089 | |
| 02/01/2008 | $48.56 | 2,499,753 | 11,323,599 |
| 02/04/2008 | $49.59 | 1,656,084 | |
| 02/05/2008 | $43.16 | 4,039,626 | |
| 02/06/2008 | $40.62 | 2,579,456 | |
| 02/07/2008 | $40.12 | 3,206,426 | |

| | | | |
|---|---|---|---|
| 02/08/2008 | $40.16 | 1,697,493 | 13,179,085 |
| 02/11/2008 | $41.58 | 2,153,255 | |
| 02/12/2008 | $43.86 | 2,824,258 | |
| 02/13/2008 | $45.73 | 1,908,436 | |
| 02/14/2008 | $44.42 | 1,354,031 | |
| 02/15/2008 | $44.95 | 1,355,778 | 9,595,758 |
| 02/19/2008 | $40.39 | 5,625,040 | |
| 02/20/2008 | $41.44 | 2,367,657 | |
| 02/21/2008 | $41.15 | 2,457,353 | |
| 02/22/2008 | $34.98 | 7,510,346 | 19,316,174 |
| 02/25/2008 | $34.17 | 6,060,254 | |
| 02/26/2008 | $30.61 | 6,477,556 | |
| 02/27/2008 | $32.46 | 5,256,051 | |
| 02/28/2008 | $29.98 | 4,641,850 | |
| 02/29/2008 | $29.47 | 4,455,609 | 26,891,320 |
| 03/03/2008 | $26.72 | 4,890,614 | |
| 03/04/2008 | $26.55 | 4,395,761 | |
| 03/05/2008 | $26.46 | 2,399,921 | |
| 03/06/2008 | $27.24 | 3,557,670 | |
| 03/07/2008 | $26.36 | 4,085,073 | 19,329,039 |
| 03/10/2008 | $24.72 | 3,130,445 | |
| 03/11/2008 | $26.65 | 3,640,833 | |
| 03/12/2008 | $25.26 | 6,244,019 | |
| *03/13/2008* | *$21.10* | *14,205,237* | |
| *03/14/2008* | *$21.08* | *4,154,908* | 31,375,442 |
| **Average Daily Volume**[ii] | **Average Weekly Volume**[iii] | **Shares Outstanding as of March 1, 2008**[v] | **Average Weekly Volume as a % of Shares Outstanding** |
| **3,301,755** | **16,556,148** | **26,537,317** | **62%** |

---

[i]   Italicized dates are not part of the Class Periods and are included for completeness.

[ii]  The Average Daily Volume excludes the days that are not part of the Class Periods.

[iii] The Average Weekly Volume includes all weeks that are wholly or partially included in the Class Periods.

---

iv   As of August 31, 2007, there were 24,398,318 shares of Sigma issued and outstanding. Sigma Quarterly Report (Form-10Q), at 1 (September 13, 2007), *available at* http://www.sec.gov/Archives/edgar/data/790715/000126645407000433/sigma_10q-080407.htm.

v   As of March 1, 2008, there were 26,537,317 shares of Sigma issued and outstanding. Sigma Annual Report (Form 10-K), at 1 (April 2, 2008), *available at* http://www.sec.gov/Archives/edgar/data/790715/000126645408000232/sigma_10k-020208.htm