# EXHIBIT B

SIGM US $ ↑6.87 +.08 P6.86/6.87K 8x7
At 12:58 d Vol 434,870 O 6.68Q H 6.95D L 6.64D Val 2.978M

SIGM US Equity | 95) Actions | 96) Alert | Analyst Recommendations

Sigma Designs Inc

As of 05/05/07

| Consensus | | USD |
|---|---|---|
| Consensus Rating | | 4.00 |
| Buys | 66.7% | 8 |
| Holds | 16.7% | 2 |
| Sells | 16.7% | 2 |
| 12M Tgt Px | 10/12 | 32.70 |
| Last Price | | 27.83 |
| Return Potential | | 17.5% |
| LTM Return | | 94.3% |

6M 1Y 2Y 5Y Max

12M Tgt Px 32.70
Price 27.83
%Buy
%Hold
%Sell

Price Spread (Tgt - Px) 4.87

Jun ... Sep ... Dec ... Mar ... Jun ... Sep ... Dec ... Mar
2005 2006 2007

Show In-House Data

| | Firm | Analyst | Recommendation | Tgt Px | Date↑ |
|---|---|---|---|---|---|
| 1) | EVA Dimensions | Team Coverage | strong sell | | 05/03/07 |
| 2) | A.G. Edwards & Sons Inc | Gary W Mobley | ↑ buy | 32 | 05/02/07 |
| 3) | ThinkEquity LLC | Anton Wahlman | buy | 40 | 05/01/07 |
| 4) | Needham & Co | N Quinn Bolton | ↑ buy | 28 | 05/01/07 |
| 5) | Roth Capital Partners | Jay Srivatsa | buy | 38 | 05/01/07 |
| 6) | Gleacher & Company | Jeffrey A Schreiner | ↓ sell | 19 | 04/30/07 |
| 7) | Collins Stewart | John Vinh | buy | 36 | 04/26/07 |
| 8) | Montgomery & Co | Robert C Adams | buy | 36 | 04/25/07 |
| 9) | Soleil Securities | Daniel Ernst | hold | | 04/25/07 |
| 10) | WR Hambrecht + Co | Daniel L Amir | buy | 31 | 04/25/07 |
| 11) | Robert W. Baird & Co | Tristan Gerra | outperform | 34 | 04/23/07 |
| 12) | RBC Capital Markets | Mark Sue | sector perform | 33 | 03/22/07 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2015 Bloomberg Finance L.P.
SN 494756 EST GMT-5:00 H464-4165-1 14-Jan-2015 13:13:56







Show In-House Data

| | Firm | Analyst | Recommendation | Tgt Px | Date↑ |
|---|---|---|---|---|---|
| 1) | A.G. Edwards & Sons Inc | Gary W Mobley | buy | 38 | 08/01/07 |
| 2) | Robert W. Baird & Co | Tristan Gerra | outperform | 36 | 07/26/07 |
| 3) | Montgomery & Co | Erik Rasmussen | buy | 39 | 07/23/07 |
| 4) | EVA Dimensions | Team Coverage | sell | | 07/09/07 |
| 5) | Gleacher & Company | Jeffrey A Schreiner | sell | 19 | 07/03/07 |
| 6) | Roth Capital Partners | Jay Srivatsa | buy | 40 | 06/18/07 |
| 7) | ThinkEquity LLC | Anton Wahlman | buy | 40 | 06/05/07 |
| 8) | RBC Capital Markets | Mark Sue | sector perform | 33 | 06/05/07 |
| 9) | Needham & Co | N Quinn Bolton | buy | 30 | 06/05/07 |
| 10) | WR Hambrecht + Co | Daniel L Amir | buy | 32 | 06/05/07 |
| 11) | Collins Stewart | John Vinh | buy | 36 | 06/05/07 |
| 12) | Soleil Securities | Daniel Ernst | hold | | 04/25/07 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2015 Bloomberg Finance L.P.
SN 494756 EST GMT-5:00 H464-4165-1 14-Jan-2015 13:14:12

SIGM US $ ↑6.87 +.08 P6.86/6.87K 8x7

At 12:59 d Vol 434,970 O 6.68Q H 6.95D L 6.64D Val 2.979M




| | Firm | Analyst | Recommendation | Tgt Px | Date↑ |
|---|---|---|---|---|---|
| 1) | Lazard Capital Markets | Daniel L Amir | ◇ buy | 65 | 11/01/07 |
| 2) | Robert W. Baird & Co | Tristan Gerra | outperform | 65 | 10/30/07 |
| 3) | Collins Stewart | John Vinh | buy | 60 | 10/25/07 |
| 4) | Gleacher & Company | Jeffrey A Schreiner | neutral | | 10/24/07 |
| 5) | Montgomery & Co | Erik Rasmussen | buy | 65 | 10/18/07 |
| 6) | UBS | Uche Orji | ◇ buy | 65 | 10/10/07 |
| 7) | RBC Capital Markets | Mark Sue | sector perform | 55 | 10/08/07 |
| 8) | Goldman Sachs | James Schneider | ◇ neutral/neutral | 43 | 09/26/07 |
| 9) | EVA Dimensions | Team Coverage | sell | | 09/18/07 |
| 10) | ThinkEquity LLC | Anton Wahlman | buy | 62 | 08/30/07 |
| 11) | Needham & Co | N Quinn Bolton | ↓ hold | | 08/30/07 |
| 12) | Soleil Securities | Daniel Ernst | hold | | 08/30/07 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2015 Bloomberg Finance L.P.
SN 494756 EST GMT-5:00 H464-4165-1 14-Jan-2015 13:14:25




| | Firm | Analyst | Recommendation | Tgt Px | Date |
|---|---|---|---|---|---|
| 1) | Collins Stewart | John Vinh | buy | 75 | 01/24/08 |
| 2) | Piper Jaffray | Gary W Mobley | neutral | 47 | 01/14/08 |
| 3) | Lazard Capital Markets | Daniel L Amir | buy | 75 | 01/10/08 |
| 4) | Robert W. Baird & Co | Tristan Gerra | outperform | 75 | 01/07/08 |
| 5) | ThinkEquity LLC | Anton Wahlman | buy | 100 | 01/07/08 |
| 6) | Roth Capital Partners | Jay Srivatsa | buy | 77 | 01/04/08 |
| 7) | EVA Dimensions | Team Coverage | sell | | 11/30/07 |
| 8) | RBC Capital Markets | Mark Sue | outperform | 73 | 11/29/07 |
| 9) | Needham & Co | N Quinn Bolton | hold | | 11/29/07 |
| 10) | Soleil Securities | Daniel Ernst | hold | | 11/29/07 |
| 11) | Gleacher & Company | Jeffrey A Schreiner | neutral | | 11/29/07 |
| 12) | UBS | Uche Orji | buy | 75 | 11/28/07 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2015 Bloomberg Finance L.P.
SN 494756 EST GMT-5:00 H464-4165-1 14-Jan-2015 13:14:37



SIGM US $ ↑6.87 +.08 P6.86/6.87K 8x7
At 12:59 d Vol 435,070 O 6.68Q H 6.95D L 6.64D Val 2.98M

SIGM US Equity 95) Actions 96) Alert Analyst Recommendations

Sigma Designs Inc As of 05/03/08

| Consensus | | USD |
|---|---|---|
| Consensus Rating | | 4.00 |
| Buys | 50.0% | 7 |
| Holds | 50.0% | 7 |
| Sells | 0.0% | 0 |
| 12M Tgt Px | 10/14 | 37.50 |
| Last Price | | 18.43 |
| Return Potential | | 103.5% |
| LTM Return | | -31.7% |



Show In-House Data

| | Firm | Analyst | Recommendation | Tgt Px | Date ↑ |
|---|---|---|---|---|---|
| 1) | Stephens Inc | Todd Cooper | equalweight | 22 | 04/28/08 |
| 2) | Collins Stewart | John Vinh | hold | | 04/22/08 |
| 3) | EVA Dimensions | Team Coverage | strong buy | | 04/21/08 |
| 4) | Roth Capital Partners | Jay Srivatsa | buy | 45 | 04/16/08 |
| 5) | Robert W. Baird & Co | Tristan Gerra | neutral | 26 | 04/15/08 |
| 6) | Lazard Capital Markets | Daniel L Amir | buy | 30 | 03/31/08 |
| 7) | ThinkEquity LLC | Anton Wahlman | buy | 74 | 03/13/08 |
| 8) | RBC Capital Markets | Mark Sue | outperform | 30 | 03/13/08 |
| 9) | Needham & Co | N Quinn Bolton | hold | | 03/13/08 |
| 10) | Soleil Securities | Daniel Ernst | hold | | 03/13/08 |
| 11) | Piper Jaffray | Gary W Mobley | neutral | 25 | 03/13/08 |
| 12) | UBS | Uche Orji | buy | 48 | 03/13/08 |

Australia 61 2 9777 8600 Brazil 5511 2395 9000 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900 Singapore 65 6212 1000 U.S. 1 212 318 2000 Copyright 2015 Bloomberg Finance L.P.
SN 494756 EST GMT-5:00 H464-4165-1 14-Jan-2015 13:14:49