UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,

    Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC, ET AL.

    Defendants.

Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED

## JOINT STIPULATION EXTENDING TIME TO ANSWER

WHEREAS, Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber served and filed their Third Amended Class Action Complaint on December 30, 2014;

WHEREAS, by Joint Stipulation dated January 12, 2015 and So Ordered by the Court on January 16, 2015, the parties agreed that Sonar Capital Management LLC, Neil Druker, Sonar Partners, LP, Sonar Institutional Fund, LP, and Sonar Overseas Fund, Ltd. (together, the "Sonar Defendants"), would serve and file their answer to the Third Amended Class Action Complaint on or before January 27, 2015; and

IT IS HEREBY STIPULATED AND AGREED, that, in light of the severe weather conditions anticipated to affect New York City on January 26 and January 27, 2015, the Sonar Defendants shall serve and file their answer to the Third Amended Class Action Complaint on or before January 29, 2015.

January 26, 2015
New York, New York


Respectfully submitted,

_____
**SHAPIRO HABER & URMY LLP**
Edward F. Haber, *pro hac vice*
Patrick J. Vallely, *pro hac vice*
Seaport East
Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

**BROWER PIVEN**
 **A Professional Corporation**
David A.P. Brower
Richard Weiss
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
weiss@browerpiven.com
kerr@browerpiven.com

*Counsel to Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber*

_____
**SEWARD & KISSEL LLP**
Mark J. Hyland
Julia C. Spivack
One Battery Park Plaza
New York, New York 10004
Tel: (212) 574-1200
hyland@sewkis.com
spivack@sewkis.com

*Counsel to Defendants Sonar Capital Management, LLC; Neil Druker, Sonar Partners, LP; Sonar Institutional Fund, LP; and Sonar Overseas Fund, Ltd.*

**SO ORDERED:**

_____   1/29/15
Jed S. Rakoff                dated
United States District Judge

2