UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIDNEY GORDON and JEFFREY TAUBER,
  Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; AURORA HEDGED EQUITY LP; AURORA HEDGED EQUITY OFFSHORE FUND, LTD.; AURORA LIMITED PARTNERSHIP; AURORA OFFSHORE FUND LTD. II.; AZIMUTH DIVERSIFIED FUND, LLC; AZIMUTH SELECT FUND, LLC; BARFIELD NOMINEES LIMITED A/C 18818; CHICAGO PATRIOT, LLC; CONTINENTAL CASUALTY COMPANY; DAVID E. SEMMEL; DELOS FUND, LTD; DELOS FUND II, LTD.; DOREL, LLC; FQR ALTERNATIVES II, LP; JOANNE MACKINNON; JOCELYN BOWIE; IFC (A) TRUST; IFC (E) TRUST; LESLIE SEMMEL; LOEWS CORPORATION; MWV EMPLOYEE RETIREMENT PLAN GROUP TRUST; THE ORRINGTON FUND, LTD.; THE ORRINGTON FUND, LP; THE ORRINGTON PLUS MASTER FUND, LTD.; PANGAEA PARTNERS, LP; PAROS FUND TRUST; Q-BLK ALPHA ENGINE, LTD.; Q-BLK EQUITY EDGE PORTFOLIO, LP; Q-BLK EQUITY EDGE PORTFOLIO, LTD.; QIP LTD.; QPA LTD.; ROBECO-SAGE CAPITAL INTERNATIONAL II, LTD.; ROBECO-SAGE CAPITAL, LP; ARDEN SAGE MULTI-STRATEGY FUND, LLC; ARDEN SAGE TRITON FUND, LLC; ROBECO-SAGE UNIT TRUST; SEMMEL FAMILY TRUST; STEINBERG FAMILY INVESTMENTS, LTD.; THE WEATHERLOW FUND, LP,
  Defendants.

Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED



## JOINT STIPULATION REGARDING WAIVER OF OBJECTIONS TO THE MANNER OF SERVICE OF PROCESS UPON DEFENDANT JOANNE MACKINNON

It is hereby stipulated and agreed by and between counsel for the undersigned parties that defendant Joanne Mackinnon shall not contest the manner of service of process of the Third Amended Class Action Complaint, but otherwise reserves all defenses, including but not limited to the defense that the Court lacks personal jurisdiction over Joanne Mackinnon.

It is further stipulated and agreed that Joanne Mackinnon shall have thirty days from the date this Stipulation is So Ordered by the Court to answer or otherwise respond to the Third Amended Class Action Complaint.

Dated: February __, 2015

Respectfully submitted,

_____
Edward F. Haber, *pro hac vice*
Patrick J. Vallely, *pro hac vice*
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

David A.P. Brower
Brian C. Kerr
BROWER PIVEN
 Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
brower@browerpiven.com
kerr@browerpiven.com

*Counsel to Co-Lead Plaintiffs Sidney Gordon and Jeffrey Tauber*

_____
Mark J. Hyland
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Washington, DC 20004
Tel: (212) 574-1200
hyland@sewkis.com

*Counsel to defendant Joanne Mackinnon*

2

SO ORDERED:

_____  2/10/15
Jed S. Rakoff                dated
United States District Judge