UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

SIDNEY GORDON and JEFFREY
TAUBER,

        Plaintiffs,

        - v. -                      DOCKET NO. 1:11-CV-09665

SONAR CAPITAL MANAGEMENT
LLC, et al.,

        Defendants.

------------------------------------------------X

## [PROPOSED] ORDER

Pursuant to the Court's February 13, 2015 Order confirming that proceedings in this case are bifurcated and that Plaintiffs' claims against Defendants Sonar Capital Management LLC, Neil Druker, and three hedge funds managed by Sonar (collectively, the "Sonar Defendants") will be tried before Plaintiffs' claims against certain investors in the Sonar-managed hedge funds added as Defendants to this case in the Third Amended Complaint (collectively, the "Investor Defendants"), it is hereby:

**ORDERED** that the Investor Defendants are not required to respond to the Third Amended Complaint until further order of this Court.

Dated: New York, New York
       February 22, 2015

**SO ORDERED:**

_____
THE HONORABLE JED S. RAKOFF
United States District Judge