UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,
    ~~Plaintiffs,~~

v.

SONAR CAPITAL MANAGEMENT LLC; NEIL DRUKER; PRIMARY GLOBAL RESEARCH, LLC; SONAR PARTNERS, LP; SONAR INSTITUTIONAL FUND, LP; SONAR OVERSEAS FUND, LTD.; AURORA HEDGED EQUITY LP; AURORA HEDGED EQUITY OFFSHORE FUND, LTD.; AURORA LIMITED PARTNERSHIP; AURORA OFFSHORE FUND LTD. II.; AZIMUTH DIVERSIFIED FUND, LLC; AZIMUTH SELECT FUND, LLC; BARFIELD NOMINEES LIMITED A/C 18818; CHICAGO PATRIOT, LLC; CONTINENTAL CASUALTY COMPANY; DAVID E. SEMMEL; DELOS FUND, LTD; DELOS FUND II, LTD.; DOREL, LLC; FQR ALTERNATIVES II, LP; JOANNE MACKINNON; JOCELYN BOWIE; IFC (A) TRUST; IFC (E) TRUST; LESLIE SEMMEL; LOEWS CORPORATION; MWV EMPLOYEE RETIREMENT PLAN GROUP TRUST; THE ORRINGTON FUND, LTD.; THE ORRINGTON FUND, LP; THE ORRINGTON PLUS MASTER FUND, LTD.; PANGAEA PARTNERS, LP; PAROS FUND TRUST; Q-BLK ALPHA ENGINE, LTD.; Q-BLK EQUITY EDGE PORTFOLIO, LP; Q-BLK EQUITY EDGE PORTFOLIO, LTD.; QIP LTD.; QPA LTD.; ROBECO-SAGE CAPITAL INTERNATIONAL II, LTD.; ROBECO-SAGE CAPITAL, LP; ARDEN SAGE MULTI-STRATEGY FUND, LLC; ARDEN SAGE TRITON FUND, LLC; ROBECO-SAGE UNIT TRUST; SEMMEL FAMILY TRUST; STEINBERG FAMILY INVESTMENTS, LTD.; THE WEATHERLOW FUND, LP,

    Defendants.

Case No. 11-CV-9665 (JSR)

JURY TRIAL DEMANDED


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/15

~~[PROPOSED]~~ ORDER REGARDING DEATH CERTIFICATES OF
SINH D. NGUYEN AND DIU THI THONG

Certificates of Death of Diu Thi Dong and Sinh D. Nguyen, informational (non-certified) copies of which are attached as Attachments A and B to this order.

Dated: February 24, 2015

SO ORDERED:

_____  2/24/15
Jed S. Rakoff                 dated
United States District Judge

# Attachment A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

OFFICE OF CLERK-RECORDER

# COUNTY OF ALAMEDA
OAKLAND, CALIFORNIA

**INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY**

## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

State File Number: 3-87-01
Local Registration District and Certificate Number: 4551

**DECEDENT PERSONAL DATA**
- 1A. Name of Decedent—First: Diu
- 1B. Middle: Thi
- 1C. Last: Dong
- 2A. Date of Death: June 26, 1987
- 2B. Hour: 1340
- 3. Sex: Female
- 4. Race/Ethnicity: Oriental
- 5. Spanish/Hispanic: No
- 6. Date of Birth: June 7, 1928
- 7. Age: 59 years
- 8. Birthplace of Decedent: Vietnam
- 9. Name and Birthplace of Father: Rao Q. Dong-Vietnam
- 10. Birth Name and Birthplace of Mother: Ty Thi Duong-Vietnam
- 11A. Citizen of What Country: Vietnam
- 11B. If Deceased Was Ever in Military Give Dates of Service: 19__ to 19__
- 13. Marital Status: Married
- 14. Name of Surviving Spouse: Sinh Nguyen
- 15. Primary Occupation: Homemaker

**USUAL RESIDENCE**
- 19A. Usual Residence—Street Address: 45997 Omega Dr.
- 19C. City or Town: Fremont 94539
- 19D. County: Alameda
- State: California
- 20. Name and Address of Informant—Relationship: Hao Nguyen (Son), 45997 Omega Dr., Fremont, Ca. 94539

**PLACE OF DEATH**
- 21A. Place of Death: Residence
- 21B. County: Alameda
- 21C. Street Address: 45997 Omega Dr.
- 21D. City or Town: Fremont

**CAUSE OF DEATH**
- 22. Death was caused by:
  - (A) Pneumonia — 2 days
  - (B) Metastatic Carcinoma of Lung — 9 months
- 24. Was Death Reported to Coroner? No
- 25. Was Biopsy Performed? Yes
- 26. Was Autopsy Performed? No
- 27. Was Operation Performed: Biopsy only — November 1986

**PHYSICIAN'S CERTIFICATION**
- Attended Decedent Since: November 1986
- Last Saw Decedent Alive: June 23, 1987
- 28B. Physician: W. Wells MD
- 28C. Date Signed: June 27, 1987
- 28D. Physician's License Number: A043163
- 28E. Physician's Name and Address: Woodrow A Wells, 38719 Stivers St, Fremont 94536

**DISPOSITION**
- 36. Disposition: Interment
- 37. Date: June 29, 1987
- 38. Name and Address of Cemetery: Los Gatos Mem. Pk., 2255 Los Gatos Almaden Rd. San Jose, Ca
- 39. Embalmer's License Number: 6317
- 40A. Name of Funeral Director: Rancadore & Alameda, Inc.
- 40B. License No.: 643
- 42. Date Accepted by Local Registrar: JUN 29 1987

**INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY**

000001322

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF ALAMEDA

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder.

DATE ISSUED: JAN 13 2015



*000001322*

Steve Manning
STEVE MANNING
ALAMEDA COUNTY CLERK-RECORDER



This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

# Attachment B

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### OFFICE OF CLERK-RECORDER
## COUNTY OF ALAMEDA
### OAKLAND, CALIFORNIA

**CERTIFICATE OF DEATH**

State File Number: 3 05 1999 174157
Local Registration Number: 3199901007158

| Field | Value |
|---|---|
| Name | SINH D. NGUYEN |
| Date of Birth | 12/23/1923 |
| Age | 75 |
| Sex | M |
| Date of Death | 10/21/1999 |
| Hour | 0523 |
| State of Birth | VN |
| Military Service | No |
| Marital Status | WIDOWED |
| Education | 16 |
| Race | VIETNAMESE |
| Hispanic | No |
| Usual Employer | VIETNAM PUBLIC SCHOOLS |
| Occupation | TEACHER |
| Kind of Business | EDUCATION |
| Years in Occupation | 30 |
| Residence | 39238 MARBELLA TERRACE |
| City | FREMONT |
| County | ALAMEDA |
| ZIP | 94538 |
| Years in County | 14 |
| State/Country | CA |
| Informant | TAI NGUYEN - SON |
| Mailing Address | 564 COLUMBIA CREEK DR., SAN RAMON, CA 94583 |
| Father | TAN D. NGUYEN - VN |
| Mother | TIEN T. BUI - VN |
| Date of Disposition | 10/25/1999 |
| Place of Final Disposition | LOS GATOS MEMORIAL PARK, SAN JOSE, CA 95124 |
| Type of Disposition | BU |
| License # | 8487 |
| Funeral Director | LIMA FAMILY ERICKSON |
| FD# | FD-128 |
| Date | 10/22/1999 |
| Place of Death | WASHINGTON HOSPITAL |
| IP | X |
| County | ALAMEDA |
| Street | 2000 MOWRY AVENUE |
| City | FREMONT |

**Cause of Death:**
- Immediate: Cardiorespiratory arrest — 1 min
- Due to (B): Pneumonia — 1 week
- Due to (C): Sepsis — 1 week
- Due to (D): Parkinsons disease — 20 yrs

Physician's Certification: 8/25/94 to 10/20/99
License No. G-78993   10/22/99
WILLIAM KALICHMAN, MD
32000 KEARNEY ST., FREMONT, CA 94538

Manner of Death: NATURAL

INFORMATIONAL - NOT A VALID DOCUMENT TO ESTABLISH IDENTITY

State Registrar: 1 X 2 ... 46205

000004970

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF ALAMEDA
This is a true and exact reproduction of the document officially registered and placed on file in the office of the Alameda County Clerk-Recorder

*000004970*

DATE ISSUED: JAN 26 2015

Steve Manning
STEVE MANNING
ALAMEDA COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE