UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

SIDNEY GORDON and JEFFREY TAUBER,

        Plaintiffs,

        - v. -

SONAR CAPITAL MANAGEMENT LLC, et al.,

        Defendants.

-----------------------------------------------------X

ORDER

11 Civ 9665 (JSR)

Jed S. Rakoff, U.S.D.J.

      Pursuant to the Court's February 13, 2015 Order confirming that proceedings in this case will be bifurcated and that Plaintiffs' claims against Defendants Sonar Capital Management LLC, Neil Druker, and three hedge funds managed by Sonar (collectively, the "Sonar Defendants") will be tried before Plaintiffs' claims against certain investors in the Sonar-managed hedge funds that were added as Defendants in the Third Amended Complaint (collectively, the "Investor Defendants"), it is hereby:

      **ORDERED** that to the extent that the case continues against the Investor Defendants after the trial of the case against the Sonar Defendants is concluded and to the extent that the case against the Investor Defendants is then impacted by decisions made and orders issued in the case against the Sonar Defendants, the Investor Defendants will be given the opportunity to be heard as to those orders and decisions, which will be reconsidered *de novo* as to the Investor Defendants.

Dated: New York, New York
       February 24, 2015

SO ORDERED:

_____
THE HONORABLE JED S. RAKOFF
United States District Judge