UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY GORDON and JEFFREY TAUBER,

Plaintiffs,

v.

SONAR CAPITAL MANAGEMENT LLC ET AL.

Defendants.

11-cv-09665 (JSR)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Mark J. Hyland sworn to February 27, 2015 in support of Defendants Sonar Capital Management LLC's, Sonar Partners, LP's, Sonar Institutional Fund, LP's, Sonar Overseas Fund, Ltd.'s and Neil Druker's Motion for Summary Judgment and the exhibits thereto, and upon the accompanying Memorandum of Law in Support of Defendants Sonar Capital Management LLC's, Sonar Partners, LP's, Sonar Institutional Fund, LP's, Sonar Overseas Fund, Ltd.'s and Neil Druker's Motion for Summary Judgment, and upon the accompanying Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 in Support of Defendants Sonar Capital Management LLC's, Sonar Partners, LP's, Sonar Institutional Fund, LP's, Sonar Overseas Fund, Ltd.'s and Neil Druker's Motion for Summary Judgment, and upon all prior pleadings and proceedings herein, defendants Sonar Capital Management LLC, Sonar Partners, LP, Sonar Institutional Fund, LP, Sonar Overseas Fund, Ltd and Neil Druker shall move this Court, before the Honorable Jed S. Rakoff, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on March 26, 2015 or as soon thereafter as counsel may be heard, for an order granting summary judgment dismissing the Third Amended Class Action Complaint pursuant to Fed. R. Civ. P. 56, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that opposition papers, if any, shall be served by March 20, 2015, and reply papers, if any, shall be served by March 26, 2015.

New York, New York
February 27, 2015

Respectfully submitted,

SEWARD & KISSEL LLP

By: _____

Mark J. Hyland
Julia C. Spivack
Michael W. Broz

One Battery Park Plaza
New York, New York 10004
(212) 574-1200

*Attorneys for Defendants Sonar Capital Management LLC, Sonar Partners, LP, Sonar Institutional Fund, LP, Sonar Overseas Fund, Ltd. and Neil Druker*

To:   Edward F. Haber, Esq.
      Patrick J. Vallely, Esq.
      Shapiro Haber & Urmy LLP
      53 State Street
      Boston, MA 02109
      (617) 439-3939

*Attorneys for Plaintiff Sidney Gordon*

      David A.P. Brower, Esq.
      Brian C. Kerr, Esq.
      Richard H. Weiss, Esq.
      Brower Piven, P.C.
      488 Madison Avenue, 8th Floor
      New York, NY 10022
      (212) 501-9000

*Attorneys for Plaintiff Jeffrey Tauber*