AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-9665 (JSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FQR Alternatives II, LP

was received by me on *(date)* 01/22/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I hereby certify that on February 3, 2015, at approximately 12:15 PM, I served true and correct copies of the Summons, Complaint, and the Protective Order upon the within named defendant at 40 East 52nd Street, New York, NY 10022, by delivering the same to a woman who identified. . . [continued below]

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/10/2015

*Server's signature*

Michael Klurfeld, Paralegal
*Printed name and title*

Brower Piven, A Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
*Server's address*

Additional information regarding attempted service, etc:

[continued from above] . . . herself as Amanda S. Listfield, Associate of Blackrock, who said she was authorized to receive service of process on behalf of the defendant. Amanda S. Listfield is described as a caucasian female, approximately, 32 to 36 years of age, 110 to 125 lbs., and 5'4" to 5'7" tall, with blonde hair.