AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-9665 (JSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Loews Corporation
was received by me on *(date)* 01/22/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I hereby certify that on February 4, 2015, at approximately 11:45 AM, I served true and correct copies of the Summons, Complaint, and the Protective Order upon the within named defendant at 667 Madison Avenue, New York, NY 10024, by delivering the same to a man who identified. . . [continued below]

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/10/2015

*Server's signature*

Michael Klurfeld, Paralegal
*Printed name and title*

Brower Piven, A Professional Corporation
475 Park Avenue South, 33rd Floor
New York, NY 10016
*Server's address*

Additional information regarding attempted service, etc:

[continued from above] . . . himself as Ken Zinghini, Deputy General Counsel of Loews Corporation, who said he was authorized to receive service of process on behalf of the defendant. Ken Zinghini is described as a caucasian male, approximately, 48 to 53 years of age, 180 to 195 lbs., and 6'0" to 6'2" tall, with brown hair.