| | | |
|---|---|---|
| ClientCaseID: KERR,BRIAN<br>Law Firm ID: BROWER | <br>* 4 4 7 7 6 A * | CaseReturnDate: 3/6/15<br>Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW

Case Number **11CV9665**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN    SUMMONS IN A CIVIL ACTION; LETTER; ORDER; THIRD AMENDED CLASS ACTION COMPLAINT

ON THE WITHIN NAMED DEFENDANT AURORA LIMITED PARTNERSHIP LP C/O SCOTT MANPAS, GENERAL
PERSON SERVED Scott Manpas, General Counsel
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/6/15

THAT I SERVED AURORA LIMITED PARTNERSHIP LP C/O SCOTT MANPAS, GENERAL COUNSEL & CFO, AURORA INVESTMENT MANAGEMENT LLC.

SUBJECT SERVED STATED THAT HE IS AUTHORIZED TO ACCEPT SERVICE OF THE DOCUMENTS ON BEHALF OF THE ENTITY.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

| Sex | Male | Race | WHITE | Age | 48 |
|---|---|---|---|---|---|
| Height | 6'2" | Build | AVERAGE | Hair | BALDING |

LOCATION OF SERVICE    **300 N. LASALLE STREET 52ND FL CHICAGO, IL, 60654**

Date Of Service   2/6/15    Time of Service   1:53 PM

JONATHAN R. DIXON    2/6/2015
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

JONATHAN R. DIXON    2/6/2015

Total:   $55.00

OFFICIAL SEAL
JOSEPH JANEA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/08/17