# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of NEW YORK

Index Number: 11 CV 9665

Date Filed: 2/3/2014

Plaintiff:
**GORDEN et al.,**

vs.

Defendant:
**SONAR CAPITAL MANAGEMENT LLC, et al.,**

For:
Brian C. Kerr
BROWER PIVEN, A Professional Corporation
475 Park Avenue South
33rd Floor
New York, NY 10016

Received by LARGO INVESTIGATIONS, INC. on the 5th day of February, 2015 at 4:00 pm to be served on **STEINBERG FAMILY INVESTMENTS, LTD Registered Agent: Fred L. Steinberg, 2581 N.W. 59th Street, Boca Raton, FL 33496.**

I, Richard E. Largo, being duly sworn, depose and say that on the **5th day of February, 2015 at 7:00 pm, I:**

**Served STEINBERG FAMILY INVESTMENTS, LTD**, a true copy of the **LETTER; PROTECTIVE ORDER; SUMMONS IN A CIVIL ACTION and THIRD AMENDED CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me to **Connie Fields as Co-Resident Spouse of R/A Fred L. Steinberg**

**Additional Information pertaining to this Service:**
The Principal address of STEINBERG FAMILY INVESTMENTS, LTD., is 2581 N.W. 59th Street, Boca Raton, Fl  This is the same address of the home of Fred L. Steinberg who is the Registered Agent for STEINBERG FAMILY INVESTMENTS, LTD., These documents were left with Connie Fields who is the wife of Fred L. Steinberg as per FS. 48.081(3)(b) and 48.031(1)(a) On Feb. 6, 2015, I put a copy of these documents in an envelope marked PERSONAL AND CONFIDENTIAL, addressed to STEINBERG FAMILY INVESTMENTS, LTD., to the address of 2581 N.W, 59th Street, Boca Raton, Fl., and I put this envelope in a U.S.P.S. Box.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 130, Hair: Reddish Brown, Glasses: N

I Acknowledge that I am authorized to serve process. In good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing documents and that the facts stated in it are true, F.S. 92.525 (2), no Notary is required.



SANDRA K. MURPHY
MY COMMISSION # EE 859190
EXPIRES: February 25, 2017
Bonded Thru Notary Public Underwriters

Subscribed and Sworn to before me on the 10th day of February, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

Richard E. Largo
C P S # 755

LARGO INVESTIGATIONS, INC.
9369 Aegean Drive
Boca Raton, FL 33496
(561) 482-5757

Our Job Serial Number: LII-2015000195