# AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

☐ File



File #:  2015001244

Purchased/Filed:  December 30, 2014

Index #:  1:11 CV-09665 (JSR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GORDON, ET AL,

Plaintiff

against

SONAR CAPITAL MANAGEMENT LLC, ET AL,

Defendant

STATE OF NEW YORK, COUNTY OF SARATOGA, SS.:

Harold Johnson        , being duly sworn, deposes and says: deponent is over the age of twenty-one (21)
years; deponent is not a party herein; that on        March 4, 2015        , at   12:55 PM   , at the office
of the Secretary of State of the State of New York, at 99 Washington Avenue, Albany, New York 12231,
deponent served the annexed:

SUMMONS IN A CIVIL ACTION, THIRD AMENDED CLASS ACTION COMPLAINT, JURY TRIAL DEMAND,

PROTECTIVE ORDER, EXHIBITS AND LETTER

, on

AZIMUTH DIVERSIFIED FUND, LLC C/O AZIMUTH INVESTMENT MANAGEMENT, LLC

Defendant in this action, by delivering to and leaving with                NANCY DOUGHERTY

AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of
the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such
service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant
to Section   303 FOREIGN LIMITED LIABILITY COMPANY        .

The index number and date of filing were made visible on paper.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the
Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age:  36 - 50  Approx. Weight:  131-160   Approx. Ht.:  5' 4" - 5' 8"
Sex:  Female   Color of skin:   White   Color of hair:  Brown   Other:  GLASSES

Sworn to before me on this     5th    day of March 2015

LORRAINE C. JOHNSON, NO.: 01JO6261354
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SARATOGA COUNTY
COMMISSION EXPIRES MAY 7, 2016

Harold Johnson

1390

**DIRECT PROCESS SERVER, LLC 373 SMITHTOWN BYPASS HAUPPAUGE, NY 11788**