

# AFFIDAVIT OF SERVICE

Date:   March 30, 2015

Re:   U.S. District Court for the Southern District of New York
      Case No. 1:11-CV-09665 (JSR)
      Gordon, et al. vs. Sonar Capital Management, LLC, et al.
      **Service of Process on Pangaea Partners LP**

On Friday, March 20, 2015 at 12:20 p.m. a Summons in a Civil Action, Third Amended Class Action Complaint, Protective Order and Letter in the above matter were served upon Pangaea Partners LP by service upon David E. Semmel at 2256 E. Gramercy Park Drive, Bloomington, Indiana 47408.

FURTHER AFFIANT SAYETH NAUGHT

Tina Saunders
Private Process Server

Sworn before me this 30th day of March 2015.

Notary Signature: _____

DON C. JOHNSON
Residing in Monroe County
My Commission Expires
June 12, 2016

Member National Association Professional Process Servers



Phone: (812) 334-8857 | Fax: (812) 334-2274 | P.O. Box 2603 Bloomington, IN 47402

www.traceinvestigations.com
Indiana Licenses: PI20700048, SG20700049