UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY GORDON and JEFFREY TAUBER,<br><br>       Plaintiffs,<br><br>       v.<br><br>SONAR CAPITAL MANAGEMENT LLC, et al.,<br><br>       Defendants. | Case No. 11-CV-9665 (JSR) |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR ORDER REGARDING DISTRIBUTION OF SETTLEMENT FUNDS**

As set forth in the accompanying memorandum of law, Plaintiffs' Counsel respectfully moves that the Court award Plaintiffs' Counsel reasonable attorneys' fees of $183,333 and expenses of $125,873.67 from the $550,000 fund established as a result of the class settlement with Noah Freeman (the "Settlement Fund"). Furthermore, because, as demonstrated in the accompanying memorandum, it would be uneconomical to distribute any of the Settlement Fund to the members of the Settlement Class, Plaintiffs' Counsel proposes that the Court authorize the payment of the amount remaining in the Settlement Fund after payment of the court awarded attorneys' fees and expenses to the Harvard Law School Program on Corporate Governance and/or the Columbia Law School Ira Millstein Center for Global Markets and Corporate Ownership as appropriate *cy pres* recipients or any other charitable or non-profit entity that the Court believes is appropriate under all of the circumstances.

1

Dated: August 5, 2016                           Respectfully submitted,

                                              BROWER PIVEN
                                               A Professional Corporation


                                              */s/ Brian C. Kerr*
                                              David A.P. Brower
                                              Brian C. Kerr
                                              Richard H. Weiss
                                              475 Park Avenue South, 33rd Floor
                                              New York, NY 10016
                                              Telephone: (212) 501-9000
                                              Facsimile: (212) 501-0300
                                              brower@browerpiven.com
                                              kerr@browerpiven.com
                                              weiss@browerpiven.com

                                              SHAPIRO HABER & URMY LLP
                                              Edward F. Haber *(pro hac vice)*
                                              Patrick J. Vallely *(pro hac vice)*
                                              2 Seaport Lane
                                              Boston, MA 02210
                                              Telephone: (617) 439-3939
                                              Facsimile: (617) 439-0134
                                              ehaber@shulaw.com
                                              pvallely@shulaw.com

                                              *Co-Lead Counsel for the Classes*